**647 WILSON ET AL. vs. CIRCUIT JUDGE** (Jackson), No. 12804.

To compel the determination of a cause, and the rendition of a decree.

Granted in the alternative May 10, 1892.

It appeared that over three years had elapsed after the submission of the cause.

**648 TURNBULL vs. CIRCUIT JUDGE** (Wayne), No. 15630½.

To compel respondent to sign and enter a decree in a chancery cause in accordance with the oral decision of the respondent.

Order to show cause denied May 26, 1896.

In the oral announcement the court had allowed relator a given sum with interest from a given date. Upon the presentation of the decree, counsel for the adverse party objected to the allowance of interest, and after hearing the parties the court struck out the clause respecting interest.

**649 CHESEBRO vs. CIRCUIT JUDGE** (Kent), 70 M., 650.

To compel entry of a final decree in a chancery suit.

Denied April 17, 1888.

It did not satisfactorily appear that relator had moved the court below, prior to filing his application for the writ.

Held, that such a motion is an essential prerequisite to the relief sought.

It further appeared that the judge was willing to enter the decree. Held, that the court will not enter into a consideration of the merits of the issues involved in a chancery case upon application for mandamus.